# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --        )
         )
Omnivox LLC d/b/a True North Consulting   )    ASBCA No. 60110
         )
Under Contract No. HQ0034-10-C-0031   )

APPEARANCES FOR THE APPELLANT:     Douglas L. Patin, Esq.
                                    Amy E. Garber, Esq.
                                      Bradley Arant Boult Cummings LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:   John S. Albanese, Esq.
                                      General Counsel
                                      Lisa Marie Golden, Esq.
                                      Stephan Piel, Esq.
                                      Marina M. Kozmycz, Esq.
                                      Assistant General Counsel
                                      DoD Washington Headquarters Services &
                                      Pentagon Force Protection Agency

## ORDER OF DISMISSAL

The parties settled their disputes in advance of the mediation session scheduled at the Board. Appellant has requested that this appeal be dismissed with prejudice.

Accordingly, this appeal is dismissed with prejudice.

Dated: 23 September 2016

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60110, Appeal of Omnivox LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals